| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 4:12-MJ-1006-1RJ |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF OFFENDER Marvin Majano | DISTRICT EASTERN NORTH CAROLINA | DIVISION EASTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B, Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 06/13/2012 — TO 06/12/2013 |

**OFFENSE**
Wrongful Possession of Official ID Card (18 U.S.C. § 701)

**FILED**
MAR 29 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of Maryland upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

March 1, 2013
Date

_____
U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

3/13/13
Effective date

_____
United States District Judge